FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT M., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 1:20-CV-03225-FVS <br><br> ORDER DENYING REPORT AND RECOMMENDATION AS MOOT |

On December 7, 2020, Magistrate Judge Rodgers filed a Report and Recommendation recommending that the Court deny Plaintiff's Application to Proceed *In Forma Pauperis*. ECF No. 4. On December 9, 2020, Plaintiff paid the full filing and administrative fees. Because Plaintiff paid the filing and administrative fees in full, the Court hereby denies the Report and Recommendation, ECF No. 4, as moot.

Accordingly, **IT IS HEREBY ORDERED:**

1. Magistrate Judge John T. Rodgers' Report and Recommendation, **ECF**

ORDER ~ 1

1  **No. 4**, is **DENIED as moot**.

2  **IT IS SO ORDERED** The Clerk's Office is directed to enter this Order and

3  provide copies to all counsel.

4  **DATED** December 10, 2020.

              *s/Fred Van Sickle*
              Fred Van Sickle
              Senior United States District Judge

ORDER ~ 2